Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and Maureen Ebel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | SIPA Liquidation<br><br>No. 08-1789 (BRL) |
| DIANE and ROGER PESKIN, and MAUREEN EBEL,<br><br>                         Plaintiffs,<br><br>      v.<br><br>IRVING H. PICARD, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                         Defendant. | Adv. Pro. No. 09-1272 (BRL) |

**NOTICE OF APPEAL**

Diane and Roger Peskin and Maureen Ebel ("Appellants"), by their attorneys, Phillips Nizer LLP, appeal under 28 U.S.C. § 158(a) from the Memorandum Decision and Order of the Honorable Burton R. Lifland, titled "Memorandum Decision And Order Granting Trustee's Motion To Dismiss Plaintiffs' Complaint," entered in this Adversary Proceeding on the 10th day of September 2009, and "Errata Order" entered in this Adversary Proceeding on the 11th day of September 2009.

1

1091129.1

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>By: David J. Sheehan<br>    Marc E. Hirschfield<br>    Oren J. Warshavsky<br>    Seanna R. Brown<br>*Attorneys for Defendant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | SECURITIES INVESTOR<br>PROTECTION CORPORATION<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, DC 20005<br>Telephone: (202) 371-8300<br>Facsimile: (202) 371-6728<br>By: Josephine Wang, General Counsel<br>    Kevin H. Bell<br>    Hemant Sharma<br>*Attorneys for the Securities Investor Protection Corporation* |
| MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>By: Jonathan M. Landers<br>    Matthew Gluck<br>    Lois F. Dix<br>    Joshua E. Keller<br>*Attorneys for Intervenors Dr. Gerald Blumenthal, Robert Horowitz, Lester Kolodny, and Paul J. Robinson* | PHILLIPS NIZER LLP<br>666 Fifth Avenue<br>New York, NY 10103-0084<br>Telephone: (212) 841-1320<br>Facsimile: (212) 262-5152<br>By: Helen Davis Chaitman<br>*Attorneys for Plaintiffs Diane and Roger Peskin and Maureen Ebel* |

Dated: September 18, 2009

                                                Helen Davis Chaitman (4266)
                                                Phillips Nizer LLP
                                                666 Fifth Avenue
                                                New York, NY 10103-0084
                                                (212) 841-1320
                                                hchaitman@phillipsnizer.com
                                                *Attorneys for Diane and Roger Peskin and Maureen Ebel*

                                                By:  */s/ Helen Davis Chaitman*
                                                        Helen Davis Chaitman

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Adv. Pro. No. 09-1272 (BRL) | Helen Davis Chaitman (4266)<br>Phillips Nizer LLP<br>NOTICE OF APPEAL |

**SERVICE LIST**

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Attention:　David J. Sheehan
　　　　　　Marc E. Hirschfield
　　　　　　Oren J. Warshavsky
　　　　　　Seanna R. Brown
*Attorneys for Defendant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Attention:　Jonathan M. Landers
　　　　　　Matthew Gluck
　　　　　　Lois F. Dix
　　　　　　Joshua E. Keller
*Attorneys for Intervenors Dr. Gerald Blumenthal, Robert Horowitz, Lester Kolodny, and Paul J. Robinson*

SECURITIES INVESTOR
PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
Attention:　Josephine Wang, General
　　　　　　Counsel
　　　　　　Kevin H. Bell
　　　　　　Hemant Sharma
*Attorneys for the Securities Investor Protection Corporation*